SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
  cdonovan@sheppardmullin.com
TED C. LINDQUIST, III, Cal. Bar No. 178523
  tlindquist@sheppardmullin.com
BRENNA E. MOORHEAD, Cal. Bar No. 233425
  bmoorhead@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Plaintiff APL CO. PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| APL CO. PTE. LTD., | Case No. CV-09-3967-SC |
|---|---|
| Plaintiff, | **STIPULATION CONTINUING HEARING ON DEFENDANT KEMIRA WATER SOLUTION INC.'S MOTION TO DISMISS** |
| v. | |
| KEMIRA WATER SOLUTIONS, INC. (formerly known as Kemiron Companies); and FAIRYLAND ENVITECH CO. LTD., | The Honorable Samuel Conti |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff APL CO. PTE. LTD. and Defendant KEMIRA WATER SOLUTIONS, INC. ("Kemira"), through their respective counsel of record, that the hearing on Kemira's Motion to Dismiss [Docket No. 13], currently scheduled for February 5, 2010, shall be continued to February 19, 2010, at 10:00 a.m..

Dated: January 21, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Ted C. Lindquist/_____
TED C. LINDQUIST, III

Attorneys for Plaintiff
APL CO. PTE. LTD.

Dated: January 21, 2010

GIBSON ROBB & LINDH LLP

By _____/s/ Marisa G. Huber/_____
MARISA G. HUBER

Attorneys for Defendant
KEMIRA WATER SOLUTIONS, INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA