USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 0 6 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
APL CO. PTE. LTD.,                              :
                                                :
                            Plaintiff,          :   11 Civ. 1686 (KBF)
                                                :
            -v-                                 :   ORDER
                                                :
KEMIRA WATER SOLUTIONS, INC.,                   :
(formally known as "Kemiron Companies"),        :
FAIRYLAND ENVITECH CO. LTD.,                    :
                                                :
                            Defendants.         :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

As discussed during the telephonic final pretrial conference of August 5, 2013, it is hereby ORDERED that:

1. The following pre-trial motions are resolved as set forth on the record:

   - APL's Motion *In Limine* No. 1 to Exclude the Testimony and Evidence of Expert Jeffrey V. Dagdigian on Issues Determined by the Court's Summary Judgment Order (ECF No. 125);

   - APL's Motion *In Limine* No. 2 to Preclude Kemira from Presenting or Eliciting Any Opinions and Documents from Jeffrey V. Dagdigian Regarding APL's Cleanup and Response Costs (ECF No. 135);

   - APL's Motion *In Limine* No. 3 to Exclude Kemira from Offering the Testimony of Kemira's Expert Jan Pavlicek (ECF No. 127);

   - APL's Motion *In Limine* No. 4 to Exclude the Testimony and Report of Robert J. Ten Eyck (ECF No. 128);

- Kemira's Motion *In Limine* No. 1 to Exclude Late-Produced Documents from Former APL Employee Curtis Shaw (ECF No. 131);

- Kemira's Motion *In Limine* No. 2 to Exclude the Testimony of Former APL Employee Curtis Shaw (ECF No. 132); and

- Kemira's Motion *In Limine* No. 3 to Exclude All Evidence of Any Payments by the Britannia Steam Ship Insurance Association (ECF No. 133).

2. The parties shall exchange updated lists of trial witnesses by **August 9, 2013**. The parties shall also submit electronic copies of these revised lists to the Court by email on that date.

3. The parties shall exchange copies of the direct examination testimony for each of their trial witnesses by **August 22, 2013**. The parties shall also submit **two courtesy copies** of these materials to the Court by mail, such that they are received no later than **August 23, 2013**.

The Clerk of Court is directed to terminate the motions at ECF Nos. 125, 127, 128, 131, 132, 133, and 135.

SO ORDERED.

Dated:   New York, New York
         August 6, 2013

_____
KATHERINE B. FORREST
United States District Judge