UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APL CO. PTE. LTD., THE BRITANNIA STEAM SHIP INSURANCE ASSOCIATION LIMITED, THE WEST OF ENGLAND SHIP OWNERS MUTUAL INSURANCE ASSOCIATION (LUXEMBOURG),<br><br>            Plaintiffs,<br><br>    v.<br><br>KEMIRA WATER SOLUTIONS, INC., (formerly known as "Kemiron Companies"), FAIRYLAND ENVITECH CO. LTD.,<br><br>            Defendants. | : ECF Case<br>:<br>: 11-cv-1686 (KBF) (KNF)<br>:<br>:<br>: DEFENDANT KEMIRA WATER<br>: SOLUTIONS, INC.'S<br>: NOTICE OF APPEAL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

Please take notice that Kemira Water Solutions, Inc., defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 14th day of March, 2014 (Dkt. No. 213).

Respectfully submitted this 11th day of April, 2014.

                                                    GIBSON ROBB & LINDH LLP

                                        By:    */s/ Stanley L. Gibson*
                                                 Stanley L. Gibson, Esq. *(Admitted Pro Hac Vice)*
                                                 201 Mission Street, Suite 2700
                                                 San Francisco, California  94105
                                                 Tel: (415) 348-6000  Fax: (415) 348-6001
                                                 sgibson@gibsonrobb.com

                                                 Daniel G. McDermott, Esq.
                                                 MARSHALL DENNEHEY WARNER
                                                 COLEMAN & GOGGIN *(Local Counsel)*
                                                 Wall Street Plaza, 88 Pine Street, 21st Floor
                                                 New York, NY 10005-1801
                                                 Tel: (212) 376-6434  Fax: (212) 376-6490
                                                 dgmcdermott@MDWCG.com

                                                 *Attorneys for Defendant*
                                                 *KEMIRA WATER SOLUTIONS, INC.*