**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- **x**

APL CO. PTE. LTD., THE BRITANNIA STEAM
SHIP INSURANCE ASSOCIATION LIMITED,
and THE WEST OF ENGLAND SHIP OWNERS
MUTUAL INSURANCE ASSOCIATION
(LUXEMBOURG),

                     Plaintiffs,

      v.

KEMIRA WATER SOLUTIONS, INC., (formerly
known as "Kemiron Companies"), FAIRYLAND
ENVITECH CO. LTD.,

                    Defendants.

-------------------------------------------------------------- **x**

**ECF Case**

**11-cv-1686(KBF)(KNF)**

**PLAINTIFFS' NOTICE OF
APPEAL**

Plaintiffs, APL Co. Pte. Ltd., The Britannia Steam Ship Insurance Association Limited, and The West of England Ship Owners Mutual Insurance Association (Luxembourg), appeal to the United States Court of Appeals for the Second Circuit from the final judgment filed March 14, 2014 (Dkt. #213) and all other orders entered in this action, including, without limitation, the orders filed August 22, 2012 (Dkt. #96) and March 14, 2014 (Dkt. #212).

Dated: April 24, 2014                    Respectfully submitted,

                                         SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                  By:    _____/s/ Charles S. Donovan_____
                                         Charles S. Donovan (Admitted *Pro Hac Vice*)
                                         Brian R. Blackman (Admitted *Pro Hac Vice)*
                                         Four Embarcadero Center, 17th Floor
                                         San Francisco, California 94111
                                         415.434.9100 (phone)
                                         415.434.3749 (fax)
                                         CDonovan@sheppardmullin.com
                                         BBlackman@sheppardmullin.com

                                         *Attorneys for Plaintiffs*